# HEARING MINUTES AND ORDER

**Cause Number**: 13cv0312

**Style**: Milton H. Fried v. Sensia Salon, Inc.

**Appearances**:

| Counsel: | Representing: |
|---|---|
| Charles Hunter | Plaintiff |
| Jessica Mason | Defendant Sensia Salon, Inc |
| Allissa Pollard/(Carter Ott -by telephone) | Defendant Air2Web |

**Date**: September 12, 2013         **ERO**: Yes
**Time**: 10:33 a.m. - 11:43 p.m.    **Interpreter**:

**At the hearing, the Court made the following rulings**:

Status conference held.

Motion to Strike Amended Complaint/Counterclaim/Crossclaim etc. by Sensia Salon, Inc [Doc. # 37] is DENIED in accordance with the record in open court.

Response in Opposition to Motion to Strike Amended Complaint/Counterclaim/Crossclaim etc. [Doc. # 54] is deemed a Motion for Leave to Amend Complaint and is GRANTED in accordance with the record in open court.

Parties may supplement briefing on Primary Jurisdiction issue and Air2Web to file affidavit within 2 weeks as discussed on the record in open court.

Plaintiff to file briefing on bifurcation issue within two weeks. Defendant Sensia may reply one week thereafter.

Another pretrial conference is set for **November 22, 2013 at 10:00 a.m.**

**SIGNED** at Houston, Texas this 12th day of September, 2013.

_____
Nancy F. Atlas
United States District Judge