IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MILTON H. FRIED, JR., and<br>RICHARD EVANS, for themselves<br>and all others similarly situated, | §<br>§<br>§<br>§ | |
| Plaintiffs, | §<br>§ | CIVIL ACTION NO. 4:13-cv-00312 |
| V. | §<br>§ | |
| SENSIA SALON, INC.,<br>a Texas corporation, | §<br>§<br>§ | |
| Defendant. | § | |

## JOINT STATUS REPORT

Pursuant to this Court's order of November 26, 2013 [Docket No. 84], the parties hereby submit this joint status report.

The parties have been ordered to mediation in this matter. The parties have been unable to schedule a mediation to date because of the intervening holidays, and then counsel for Plaintiffs, Charles Hunter, had a trial setting during the week of January 6, 2014 and counsel for Defendant Sensia Salon, Inc. is set for trial during the two week docket beginning January 13, 2014, in the 80th Judicial District Court and is set for an injunction hearing on January 31, 2014, in the 215th Judicial District Court. In order to avoid any delay in reaching a resolution through compromise until the parties are able to mediate the dispute, the parties are actively discussing settlement. Plaintiffs have provided a settlement offer to Defendant Sensia Salon, Inc., which Defendant is considering at this time.

The parties will continue to work towards settlement, including mediation if no settlement is reached without assistance, and will notify the Court immediately if a compromise or an impasse is reached.

1

Respectfully submitted,

/s/Debra Brewer Hayes
DEBRA BREWER HAYES, Of Counsel
Fed. Id. 7443
CHARLES CLINTON HUNTER
Fed. Id. 876012
**REICH & BINSTOCK, LLP**
4265 San Felipe, Suite 1000
Houston, TX 77027
281-768-4716 Direct
713-622-7271 Main
713-623-8724 Fax
dhayes@dhayeslaw.com
chunter@rbfirm.net

**ATTORNEYS FOR PLAINTIFFS**


   /s/ Jessica GlatzerMason
Geoffrey H. Bracken
Texas Bar No. 02809750
Rhonda Reed Weiner
Texas Bar No. 24047732
rweiner@gardere.com
Jessica Glatzer Mason
Texas Bar No. 24051001
**GARDERE WYNNE SEWELL LLP**
1000 Louisiana, Suite 3400
Houston, Texas  77002-5011
Ph:        (713) 276-5739
Fax:       (713) 276-6739
E-Mail:    gbracken@gardere.com
           jmason@gardere.com

**ATTORNEYS FOR DEFENDANT
SENSIA SALON, INC.**