IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MILTON H. FRIED, JR., and RICHARD EVANS, for themselves and all others similarly situated<br><br>   Plaintiffs,<br><br>v.<br><br>SENSIA SALON, INC., etc., et al.,<br><br>   Defendants. | *Case No. 4:13-cv-00312* |

PLAINTIFFS' MOTION FOR DISMISSAL
OF DEFENDANT SENSIA SALON, INC., ONLY

Plaintiffs hereby move the Court for dismissal of Defendant Sensia Salon, Inc., only. The motion is made pursuant to Federal Rule of Civil Procedure 41(a)(2).

The following facts are pertinent to the motion:

1. Plaintiffs are Milton H. Fried, Jr., and Richard Evans; defendants are Sensia Salon, Inc., Textmunications, Inc., and Air2Web, a division of Velti, Inc..

2. On February 7, 2013, plaintiffs sued defendants.

1.

3. Defendants each have been served with process. Defendants have answered Plaintiffs' Complaint excepting Defendant Textmunications, Inc., who is in default.

4. This case is brought as a class action. However, the Court has not certified a Class at this time.

5. A receiver has not been appointed in this case.

6. Plaintiff has not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

7. This dismissal is with prejudice to refiling.

8. By notice entered November 7, 2013, this action was stayed pursuant to Defendant Velti's bankruptcy petition.

9. By order entered November 27, 2013, the Court referred the dialer issue in this litigation to the FCC, where it remains pending.

10. By agreement effective on or about August 14, 2014, Plaintiffs settled this dispute with Defendant Sensia Salon, Inc., and agreed, in part, to ask the Court to dismiss this action against Sensia Salon, Inc.

Conclusion

For these reasons, Plaintiffs asks the Court to dismiss the suit with prejudice to refiling as to Defendant Sensia Salon, Inc., only.

Dated: September 11, 2014

Respectfully submitted,

**THE HAYES LAW FIRM, PC**

*Charles Clinton Hunter*
By _____
DEBRA BREWER HAYES
Fed. Id. 7443
CHARLES CLINTON HUNTER
Fed. Id. 876012
THE HAYES LAW FIRM, PC
700 Rockmead, Suite 210
Kingwood, TX 77339
281-815-4963 Tel
832-575-4759 Fax
281-815-4969 Direct
dhayes@dhayeslaw.com
chunter@rbfirm.net
ATTORNEYS FOR PLAINTIFFS
MILTON H. FRIED, JR. AND RICHARD EVANS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was filed via the Court's CM/ECF electronic filing system which will send an electronic notice to all interested parties entitled to receive notice.

*Charles Clinton Hunter*
_____
Charles Clinton Hunter
chunter@dhayeslaw.com

4.