IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MILTON H. FRIED, JR., and RICHARD EVANS, for themselves and all others similarly situated<br><br>　　Plaintiffs,<br><br>v.<br><br>SENSIA SALON, INC., etc., et al.,<br><br>　　Defendants. | *Case No. 4:13-cv-00312* |

ORDER GRANTING
PLAINTIFFS' MOTION FOR DISMISSAL
OF DEFENDANT SENSIA SALON, INC., ONLY

After considering Plaintiffs' motion for voluntary dismissal, the court GRANTS the motion and dismisses the case against Defendant Sensia Salon, Inc., with prejudice.

SIGNED on  September 12                , 2014.

_____
Nancy F. Atlas
United States District Judge

APPROVED & ENTRY REQUESTED:

_____
Charles Clinton Hunter